UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------

HECTOR GENAO ESPINAL

                              Petitioner    :        I :26-mc-108 (ALC)

        -against-                           :        ORDER

DHS ET AL                                   :

                              Respondents.  :
---------------------------------x

ANDREW L. CARTER, JR, United States District Judge:

The Court schedules a telephonic conference for April 15, 2026 at 11 AM. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

SO ORDERED.

Dated:   April 1, 2026
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge