UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------- :

HECTOR GENAO ESPINAL

                     Petitioner  :    1:26-mc-108 (ALC)

      -against-           :    ORDER

DHS ET AL

              Respondents. :

--------------------------------x

ANDREW L. CARTER, JR, United States District Judge:

      The Court orders a joint status report by April 29, 2026 regarding whether Respondents

have Petitioner's green card and whether they are able to return it to him.

      SO ORDERED.

Dated:  April 15, 2026
      New York, New York

                                  ANDREW L. CARTER, JR.
                                  United States District Judge