**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ESPINAL**<br><br>                              **Plaintiff,**<br><br>         **-against-**<br><br>**United States Department of Homeland Security, Immigration and Customs Enforcement**<br><br>                              **Defendant.** | **26-mc-108** (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that Petitioner's wife picked up his green card, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    June 26, 2026
          New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**